The Facts of my case are as follows:

I, Kentrell D. Roman, was employed by Apple Inc. for three years. During my employment with Apple Inc., I was promoted and rewarded for my performance. During the last eight months of my employment my working conditions took an offensive and obtrusive turn. I complained several times to both management and human resources to no avail. I was harrassed both physically and mentally by my supervisors and coworkers. Each complaint was subsequently met with retalliation by way of more harrassment, again both physical and mental. I even experienced unfair treatment by my management team, who on one occasion sent me home without pay without provocation. I found the mental and physical harrassment to be so pervasive that it made me ill. I could not work due to the issue stress I was experiencing at work. Subsequently I was fired out on the base grounds of "job abandonment," despite having made efforts to return to work.