# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

___

KENTRELL D. ROMAN,

    Plaintiff,

v.                                            No. 2:17-cv-02477-MSN-cgc

APPLE INC.,

    Defendant.

___

## JUDGMENT
___

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *Pro Se* Complaint (ECF No. 1), filed on July 10, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal With Prejudice (ECF No. 35), docketed February 4, 2020, all claims in this matter are hereby **DISMISSED WITH PREJUDICE.**

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

February 4, 2020
Date